**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


**UNITED STATES OF AMERICA**

**v.**                                              **Criminal No: 3:12 CR 238-3 (JBA)**

**LAWRENCE HOSKINS**



SCHEDULING ORDER


Based on the Telephone Pretrial Conference with Counsel on November 6, 2015, the

following schedule is ordered, conditioned on defendants filing the appropriate speedy

trial waivers:

1.      Jury Selection is set down for April 5, 2016 at 9:00 a.m., Courtroom Two, New
        Haven, CT with trial to begin April 18, 2016 through May 6, 2016. The Court will not
        convene on April 22, 2016.

2.      Witness and exhibit lists are due for both sides on March 16, 2016. Motions in limine
        are due, March 23, 2016. Responses to any motions filed will be due, March 31,
        2016.

3.      Proposed jury voir dire and requests to charge will be filed by March 25, 2016.

4.      Telephone pretrial conference is set down for April 1, 2016 at 10:00a.m.
        Government shall initiate call to chambers: 203-773-2456.
.

                        IT IS SO ORDERED.


                        _____
                        Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut: November     , 2015