# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

**v.**

                                                 **Criminal No: 3:12 CR 238-1 JBA**

**FREDERIC PIERUCCI**

## ENDORSEMENT ORDER

Defendant's Motion for Modification of Conditions of Release [Doc. #338] is GRANTED with Government's consent. Defendant has permission to remain abroad (in France or any other European Union country) on the same terms and conditions as stated in the Supplemental Order Setting Conditions of Release until May 1, 2016, when he will return to the United States and remain until further order of the Court.

                IT IS SO ORDERED:

                /s/_____
                Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    March 8, 2016