UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAWRENCE HOSKINS. | 3:12-cr-238 (JBA)<br><br>29 april, 2016 |

## ORDER PERMITTING TRAVEL ABROAD AND MODIFYING CONDITIONS OF RELEASE

WHEREAS, on May 19, 2014, this Court issued an order setting conditions of pretrial release for the defendant including: 1) the execution of a $1.5 million surety bond, co-signed by Philip Hoskins and Tina Patient, secured by $100,000 cash and a $750,000 security interest in Mr. Hoskins's home in England (the "First Bond"); 2) restrictions limiting his travel to Connecticut, New York, and Texas, and points necessary for travel between those three states; and 3) the execution of an irrevocable waiver of extradition (applicable worldwide) (Doc. 104, the "Release Order");

WHEREAS, Mr. Hoskins has satisfied all of the aforementioned conditions;

WHEREAS, on August 19, 2014, this Court issued an order (Doc. 158) allowing Mr. Hoskins to travel abroad between September 2, 2014 and September 17, 2014, and requiring Mr. Hoskins to enter a second surety bond with a total value of $2 million, co-signed by Philip Hoskins and Tina Patient, and fully secured by $400,000 in cash, a $1.1 million security interest in a home in England jointly owned by Mr. Hoskins and his wife, and a $500,000 security interest in a boat jointly owned by Mr. Hoskins and his wife (the "Second Bond"), in order to secure this trip abroad;

WHEREAS, the First Bond and Second Bond remain in effect, and the cash and security interests securing them remain in place;

WHEREAS, on March 4, 2016, this Court issued an Order Permitting Travel Abroad, which permitted the defendant Lawrence Hoskins to remain in the United Kingdom until May 2, 2016 (Doc. 337);

WHEREAS, on March 16, 2016, this Court issued an Order denying the government's Motion for Reconsideration (Doc. 342), and on April 1, the government filed notice that it would seek an interlocutory appeal of that Order (Doc. 344);

WHEREAS, Mr. Hoskins moved this court for an Order to Extend (Temporarily) the Territorial Limits of Bond and Modify Conditions of Release, so that he may remain in the United Kingdom for the duration of the government's appeal; and

WHEREAS, in light of its appeal, the government does not object to Mr. Hoskins remaining in the United Kingdom until 15 days after the Court of Appeals issues a mandate returning this action to this Court, or the appeal is otherwise concluded;

**WHEREFORE**, the Court ORDERS the following:

1. Mr. Hoskins's motion is granted.

2. The travel restrictions contained in the Release Order shall be amended to allow Mr. Hoskins to remain in the United Kingdom until 15 days after the Court of Appeals issues a mandate returning this action to this Court, or the appeal is otherwise concluded.

3. Mr. Hoskins shall inform Pretrial Services that he will remain in the United Kingdom for the duration of the appeal.


- 3 -

4. The First Bond and the Second Bond shall remain in place to secure Mr. Hoskins's return to the United States.

SO ORDERED this __28th__ day of __April__, 2016

_____
USDJ