1510

1                    UNITED STATES DISTRICT COURT                    10:01
                         DISTRICT OF CONNECTICUT
2

3
    _____
                                   )
4   UNITED STATES OF AMERICA,      )
                                   ) No. 3:12-CR-238 (JBA)
5                    Plaintiff,    )
                                   ) November 8, 2019
6                                  )
    v.                             ) 9:34 a.m.
7                                  )
                                   ) 141 Church Street
8                                  ) New Haven, Connecticut
    LAWRENCE HOSKINS,              )
9                                  )
                     Defendant.    )
10  _____)

11

12
                            JURY TRIAL
13
                            VOLUME IX
14

15

16

17  B E F O R E:

18          THE HONORABLE JANET BOND ARTERTON, U.S.D.J.
                            AND A JURY
19

20

21

22

23

24          Official Court Reporter:
            Melissa J. Cianciullo, RMR, CRR, CRC
25          (203) 606-1794

```
1    A P P E A R A N C E S:

2    For the Government:

3         DAVID E. NOVICK, AUSA
          U.S. Attorney's Office - NH
4         157 Church Street, 23rd Floor
          New Haven, CT 06510
5         (203) 821-3700
          E-mail: david.novick@usdoj.gov
6
          DANIEL S. KAHN, ESQ.
7         LORINDA LARYEA, ESQ.
          U.S. Department of Justice
8         Fraud Section, Criminal Division
          1400 New York Avenue, N.W.
9         Room 11308
          Washington, D.C., 20005
10        Email: daniel.kahn@usdoj.gov
                  lorinda.laryea@usdoj.gov
11
     For the Defendant:
12
          CHRISTOPHER J. MORVILLO, ESQ.
13        DANIEL SILVER, ESQ.
          BENJAMIN K. PEACOCK, ESQ.
14        Clifford Chance US LLP - NY
          New York, NY 10019-6131
15        (212) 878-8000
          E-mail: christopher.morvillo@cliffordchance.com
16                daniel.silver@cliffordchance.com
                  benjamin.peacock@cliffordchance.com
17
          BRIAN E. SPEARS, ESQ.
18        Spears Manning & Martini LLC
          2425 Post Road, Suite 203
19        Southport, CT 06890
          (203) 292-9766
20        E-mail: bspears@spearsmanning.com

21                                                          09:31

22                                                          09:31

23                                                          09:31

24

25
```

| | | |
|---|---|---|
| 1 | (Call to Order, 9:34 a.m.) | 10:05 |
| 2 | THE COURT:  Good morning, Counsel.  You may | 09:34 |
| 3 | be seated. | 09:34 |
| 4 | Yesterday late afternoon the jurors sent out | 09:34 |
| 5 | their note that we've marked as Court's Exhibit D | 09:34 |
| 6 | with respect to whether the requirement of venue | 09:35 |
| 7 | applied to the alternative method of determining | 09:35 |
| 8 | guilt, that is the Pinkerton liability.  We have | 09:35 |
| 9 | discussed that.  Counsel has had the opportunity to | 09:35 |
| 10 | research that and they have both advised by e-mail | 09:35 |
| 11 | that they agree that the answer is yes.  Is that | 09:35 |
| 12 | correct, Mr. Novick? | 09:35 |
| 13 | MR. NOVICK:  Yes, Your Honor. | 09:35 |
| 14 | THE COURT:  And Mr. Morvillo? | 09:35 |
| 15 | MR. MORVILLO:  Yes. | 09:35 |
| 16 | THE COURT:  All right.  If there is no | 09:35 |
| 17 | objection, I am going to write "Thank you for your | 09:35 |
| 18 | question.  The answer is yes," and have it taken into | 09:35 |
| 19 | them. | 09:35 |
| 20 | MR. MORVILLO:  We agree, Your Honor. | 09:35 |
| 21 | MR. NOVICK:  That's fine, Your Honor. | 09:35 |
| 22 | THE COURT:  All right.  We are making copies | 09:37 |
| 23 | to give to the alternates. | 09:37 |
| 24 | Is there anything else that we need to take | 09:37 |
| 25 | up before we recess while the jurors continue to | 09:37 |

| | | |
|---|---|---|
| 1 | deliberate? | 09:37 |
| 2 | MR. NOVICK:  Nothing from the government, | 09:37 |
| 3 | Your Honor.  Thank you. | 09:37 |
| 4 | MR. MORVILLO:  Same for the defense, Your | 09:37 |
| 5 | Honor. | 09:37 |
| 6 | THE COURT:  All right.  Thank you. | 09:37 |
| 7 | All right.  And the clerk is directed to take | 09:37 |
| 8 | the written answer into the jurors and to give copies | 09:38 |
| 9 | to the alternate jurors, and we will stand in recess. | 09:38 |
| 10 | MR. NOVICK:  Your Honor, so one other thing. | 09:38 |
| 11 | Was there any update as to whether we were able to | 09:38 |
| 12 | get the JERS system updated so we could also advise | 09:38 |
| 13 | them that it's accurate? | 09:38 |
| 14 | THE CLERK:  It has been updated and I checked | 09:38 |
| 15 | it this morning. | 09:38 |
| 16 | MR. NOVICK:  Great.  So should we also inform | 09:38 |
| 17 | them of -- that the electronic is accurate? | 09:38 |
| 18 | THE COURT:  Do you have any objection to | 09:38 |
| 19 | having Ms. Barry just tell them that? | 09:38 |
| 20 | MR. NOVICK:  Not at all, Your Honor. | 09:38 |
| 21 | MR. MORVILLO:  Nor does the defense. | 09:38 |
| 22 | THE COURT:  And we will otherwise stand in | 09:38 |
| 23 | recess. | 09:38 |
| 24 | (Jury begins deliberating, 9:39 a.m.) | 10:07 |
| 25 | (Recess taken, 9:39 a.m. to 10:58 a.m.) | 10:07 |

| | | |
|---|---|---|
| 1 | THE COURT:  Ladies and gentlemen, you may be | 10:58 |
| 2 | seated. | 10:58 |
| 3 | The jury advises by its note that it has | 10:58 |
| 4 | reached a decision on all twelve counts.  We will | 10:58 |
| 5 | bring the jury and the alternates in.  I'll ask that | 10:58 |
| 6 | the alternates be seated at the end of the jury box | 10:58 |
| 7 | closest to the bench. | 10:58 |
| 8 | (Jury entered the proceedings, 11:00 a.m.) | 11:00 |
| 9 | THE COURT:  All right.  Please be seated, | 11:00 |
| 10 | ladies and gentlemen. | 11:00 |
| 11 | The note from your foreperson indicates that | 11:00 |
| 12 | the jury had reached a verdict.  I'll ask that that | 11:00 |
| 13 | verdict form be handed to the clerk.  Donna? | 11:00 |
| 14 | All right.  Thank you.  You have indeed | 11:01 |
| 15 | responded to each of the counts.  I'll ask that the | 11:01 |
| 16 | verdict form be returned to the foreperson to be | 11:01 |
| 17 | read. | 11:01 |
| 18 | All right.  If you would kindly stand and | 11:01 |
| 19 | read the verdict. | 11:01 |
| 20 | Mr. Hoskins, will you kindly stand. | 11:01 |
| 21 | JURY FOREPERSON:  Count One, conspiracy to | 11:01 |
| 22 | violate the Foreign Corrupt Practices Act.  As to the | 11:01 |
| 23 | charge in Count One of conspiracy to violate the | 11:01 |
| 24 | Foreign Corrupt Practices Act, we the jury | 11:01 |
| 25 | unanimously find that the defendant Lawrence Hoskins | 11:01 |

| | | |
|---|---|---|
| 1 | is guilty. | 11:01 |
| 2 | Count Two, Foreign Corrupt Practices Act, | 11:01 |
| 3 | November 16, 2005, wire transfer.  As to the charge | 11:02 |
| 4 | in Count Two of the violation of Foreign Corrupt | 11:02 |
| 5 | Practices Act, we the jury unanimously find that the | 11:02 |
| 6 | defendant Lawrence Hoskins is guilty. | 11:02 |
| 7 | Count Three, Foreign Corrupt Practices Act, | 11:02 |
| 8 | January 4, 2006, wire transfer.  As to the charge in | 11:02 |
| 9 | count Three of violation of the Foreign Corrupt | 11:02 |
| 10 | Practices Act, we the jury unanimously find that the | 11:02 |
| 11 | defendant Lawrence Hoskins is guilty. | 11:02 |
| 12 | Count Four, Foreign Corrupt Practices Act, | 11:02 |
| 13 | March 28, 2006, wire transfer.  As to the charge in | 11:02 |
| 14 | Count Four of violation of the Foreign Corrupt | 11:02 |
| 15 | Practices Act, we the jury unanimously find that the | 11:02 |
| 16 | defendant Lawrence Hoskins is guilty. | 11:02 |
| 17 | Count Five, Foreign Corrupt Practices Act, | 11:02 |
| 18 | December 6, 2006, wire transfer.  As to the charge in | 11:02 |
| 19 | Count Five of violation of the Foreign Corrupt | 11:02 |
| 20 | Practices Act, we the jury unanimously find that the | 11:02 |
| 21 | defendant Lawrence Hoskins is guilty. | 11:03 |
| 22 | Count Six, Foreign Corrupt Practices Act, | 11:03 |
| 23 | March 7, 2007, wire transfer.  As to the charge in | 11:03 |
| 24 | Count Six of violation of the Foreign Corrupt | 11:03 |
| 25 | Practices Act, we the jury unanimously find that the | 11:03 |

1   defendant Lawrence Hoskins is guilty.                        11:03

2          Count Seven, Foreign Corrupt Practices Act,           11:03

3   October 5, 2009, wire transfer.  As to the charge in         11:03

4   Count Seven of violation of Foreign Corrupt Practices        11:03

5   Act, we the jury unanimously find that the defendant         11:03

6   Lawrence Hoskins is guilty.                                  11:03

7          Count Eight, conspiracy to commit money               11:03

8   laundering.  As to the charge in Count Eight of              11:03

9   conspiracy to commit money laundering, we the jury           11:03

10  unanimously find that the defendant Lawrence Hoskins         11:03

11  is guilty.                                                   11:03

12         Count Nine, money laundering, December 14,            11:03

13  2005, wire transfer.  As to the charge in Count Nine         11:03

14  of money laundering, we the jury unanimously find            11:03

15  that the defendant Lawrence Hoskins is guilty.               11:04

16         Count Ten, money laundering, March 1, 2006,           11:04

17  wire transfer.  As to the charge in Count Ten of             11:04

18  money laundering, we the jury unanimously find that          11:04

19  the defendant Lawrence Hoskins is guilty.                    11:04

20         Count Eleven, money laundering, August 8,             11:04

21  2006, wire transfer.  As to the charge in Count              11:04

22  Eleven of money laundering, we the jury unanimously          11:04

23  find that the defendant Lawrence Hoskins is not              11:04

24  guilty.                                                      11:04

25         Count Twelve, money laundering, March 9,              11:04

| | | |
|---|---|---|
| 1 | 2007, wire transfer.  As to the charge in Count | 11:04 |
| 2 | Twelve of money laundering, we the jury unanimously | 11:04 |
| 3 | find that the defendant Lawrence Hoskins is guilty. | 11:04 |
| 4 | THE COURT:  Thank you. | 11:04 |
| 5 | I'm going to ask each of the jurors to stand | 11:04 |
| 6 | as I call your number and tell me whether the verdict | 11:04 |
| 7 | that was read by your foreperson is in fact your | 11:04 |
| 8 | verdict. | 11:05 |
| 9 | Juror Number 1? | 11:05 |
| 10 | JUROR:  Yes. | 11:05 |
| 11 | THE COURT:  Juror Number 2? | 11:05 |
| 12 | JUROR:  Yes. | 11:05 |
| 13 | THE COURT:  Juror Number 3? | 11:05 |
| 14 | JUROR:  Yes. | 11:05 |
| 15 | THE COURT:  Juror Number 4?  I'm sorry. | 11:05 |
| 16 | Juror Number 5 -- 6 -- 5. | 11:05 |
| 17 | JUROR:  Yes. | 11:05 |
| 18 | THE COURT:  Juror Number 6. | 11:05 |
| 19 | Juror Number 7? | 11:05 |
| 20 | JUROR:  Yes. | 11:05 |
| 21 | THE COURT:  Juror Number 6 being an | 11:05 |
| 22 | alternate.  I'm sorry. | 11:05 |
| 23 | Juror Number 9?  Is that next?  Yes.  Juror | 11:05 |
| 24 | Number 8? | 11:05 |
| 25 | JUROR:  Yes. | 11:05 |

| | | |
|---|---|---|
| 1 | THE COURT:  Juror Number 9? | 11:05 |
| 2 | JUROR:  Yes. | 11:05 |
| 3 | THE COURT:  Juror Number 10? | 11:05 |
| 4 | JUROR:  Yes. | 11:05 |
| 5 | THE COURT:  Juror Number 11? | 11:05 |
| 6 | JUROR:  Yes. | 11:06 |
| 7 | THE COURT:  Juror Number 12? | 11:06 |
| 8 | JUROR:  Yes. | 11:06 |
| 9 | THE COURT:  Juror Number 13? | 11:06 |
| 10 | JUROR:  Yes. | 11:06 |
| 11 | THE COURT:  And Juror Number 14? | 11:06 |
| 12 | JUROR:  Yes. | 11:06 |
| 13 | THE COURT:  Thank you.  Would you kindly hand | 11:06 |
| 14 | the verdict form back to the clerk.  The verdict | 11:06 |
| 15 | having been returned and having been acknowledged as | 11:06 |
| 16 | the unanimous verdict of all the jurors, it is | 11:06 |
| 17 | accepted and entered. | 11:06 |
| 18 | Ladies and gentlemen, you've now done your | 11:06 |
| 19 | duty.  Making decisions such as you've made that | 11:06 |
| 20 | deeply affect the lives and interests of the parties | 11:06 |
| 21 | concerned of course is not easy.  To the extent you | 11:06 |
| 22 | have question about whether you've done the right | 11:06 |
| 23 | thing, I answer that by saying if you have tried your | 11:06 |
| 24 | best, if you have followed my instructions, then you | 11:07 |
| 25 | have done the right thing. | 11:07 |

| | |
|---|---|
| 1 | And we are grateful to you for performing | 11:07 |
| 2 | this important and difficult assignment, and the | 11:07 |
| 3 | reason that we are grateful is because we believe in | 11:07 |
| 4 | a system of law that places with our fellow citizens | 11:07 |
| 5 | the responsibility for administering justice and | 11:07 |
| 6 | resolving the important disputes in a system of | 11:07 |
| 7 | self-government in which the jurors drawn from our | 11:07 |
| 8 | community play this central role.  Yes, the jury | 11:07 |
| 9 | system has been much criticized over the years, | 11:07 |
| 10 | particularly by academic commentators.  It's a very | 11:07 |
| 11 | human system.  It's a very unsystematic system.  It | 11:08 |
| 12 | is a very imperfect system. | 11:08 |
| 13 | But I will call to your attention what Thomas | 11:08 |
| 14 | Jefferson said about it in 1788 which holds true | 11:08 |
| 15 | absolutely today.  "I consider trial by jury as the | 11:08 |
| 16 | only anchor ever yet imagined by man by which a | 11:08 |
| 17 | government can be held to the principles of its | 11:08 |
| 18 | Constitution." | 11:08 |
| 19 | And so, ladies and gentlemen, you are to be | 11:08 |
| 20 | thanked for your contribution to our system of -- our | 11:08 |
| 21 | American system of justice, and you are now | 11:08 |
| 22 | discharged.  Please understand and remember that you | 11:08 |
| 23 | are not to discuss the deliberations of your fellow | 11:08 |
| 24 | jurors. | 11:09 |
| 25 | Let me read your oath again in part.  "You do | 11:09 |

| | | |
|---|---|---|
| 1 | solemnly swear after your verdict has been announced | 11:09 |
| 2 | in court you will speak to no one concerning the | 11:09 |
| 3 | deliberations or the vote of the jury or of any | 11:09 |
| 4 | individual juror other than yourself unless the | 11:09 |
| 5 | presiding judge gives you permission to do so." | 11:09 |
| 6 | That's a narrow order that remains.  And as | 11:09 |
| 7 | to your own experience and your own views, you are no | 11:09 |
| 8 | longer obligated to not discuss that.  So those who | 11:09 |
| 9 | have wondered what you have been doing for the last | 11:09 |
| 10 | two weeks, you may tell them. | 11:09 |
| 11 | And our jury system is not only the envy of | 11:09 |
| 12 | the world, it's one of the cornerstones of our | 11:09 |
| 13 | liberty, and it's people like you particularly in | 11:09 |
| 14 | this system that is what keeps it going. | 11:10 |
| 15 | I thank you.  I thank our alternates who | 11:10 |
| 16 | stood by throughout this, and I would like to extend | 11:10 |
| 17 | my personal thanks to you and answer any questions | 11:10 |
| 18 | that I am able to answer by meeting with you in the | 11:10 |
| 19 | jury room right now, and that includes the | 11:10 |
| 20 | alternates. | 11:10 |
| 21 | So you all are discharged with the Court's | 11:10 |
| 22 | thanks. | 11:10 |
| 23 | (Jury exited the proceedings, 11:10 a.m.) | 11:10 |
| 24 | THE COURT:  All right.  Counsel, please be | 11:11 |
| 25 | seated. | 11:11 |

| | | |
|---|---|---|
| 1 | We need to set a schedule.  There will be | 11:11 |
| 2 | posttrial motions that will be filed in the ordinary | 11:11 |
| 3 | course.  We will set a sentencing schedule.  The | 11:11 |
| 4 | defendant will appear for sentencing on January 31, | 11:11 |
| 5 | 2020, at 11 a.m. in this courtroom.  The initial | 11:11 |
| 6 | presentence report will be disclosed to the | 11:11 |
| 7 | defendant, his counsel and the government by December | 11:11 |
| 8 | 20, objections or comments communicated to the | 11:11 |
| 9 | probation officer by January 3rd.  A final version of | 11:11 |
| 10 | the presentence report will be filed by January 13, | 11:11 |
| 11 | 2020, and the defendant's sentencing memorandum will | 11:11 |
| 12 | be filed by January 17, with the government's to | 11:11 |
| 13 | follow on January 24.  If there are replies, they | 11:11 |
| 14 | will be filed by January 28, 2020. | 11:12 |
| 15 | Is there anything else that we need to take | 11:12 |
| 16 | up before I recess court? | 11:12 |
| 17 | MR. NOVICK:  Your Honor, there's the issue of | 11:12 |
| 18 | release.  The defendant has been, as Your Honor is | 11:12 |
| 19 | aware, residing in the UK.  The government's | 11:12 |
| 20 | position -- we're not asking for the defendant to be | 11:12 |
| 21 | remanded.  But we believe that at this stage given | 11:12 |
| 22 | the procedural posture has changed, that the | 11:12 |
| 23 | defendant be required to remain in the United States. | 11:12 |
| 24 | I understand that the defendant's son lives in the | 11:12 |
| 25 | United States.  The government would not have an | 11:12 |

| | | |
|---|---|---|
| 1 | objection to him residing with his son who I believe | 11:12 |
| 2 | lives in Dallas. | 11:12 |
| 3 | We would suggest that his passport be taken. | 11:12 |
| 4 | I understand that poses some issue because he has to | 11:12 |
| 5 | travel on his passport.  So our suggestion in | 11:12 |
| 6 | consultation with counsel is that Mr. Morvillo be | 11:13 |
| 7 | permitted to accompany -- or Mr. Morvillo or one of | 11:13 |
| 8 | his colleagues be permitted to accompany Mr. Hoskins | 11:13 |
| 9 | to Dallas where he then takes the passport back. | 11:13 |
| 10 | And other than that, Your Honor, the | 11:13 |
| 11 | government is satisfied with the other bond | 11:13 |
| 12 | conditions. | 11:13 |
| 13 | THE COURT:  Mr. Morvillo? | 11:13 |
| 14 | MR. MORVILLO:  Thank you, Your Honor. | 11:13 |
| 15 | I think that those conditions are | 11:13 |
| 16 | satisfactory to the defense as well.  If I understand | 11:13 |
| 17 | correctly, I just want to make sure it's perfectly | 11:13 |
| 18 | clear, I will take custody of Mr. Hoskins' passport. | 11:13 |
| 19 | I will or one of my team will accompany him to the | 11:13 |
| 20 | extent that it's necessarily to travel with the | 11:13 |
| 21 | passport, maintain custody of the passport and at all | 11:13 |
| 22 | times only provide it to him when he needs to go | 11:13 |
| 23 | through security at either end of the trip. | 11:14 |
| 24 | MR. NOVICK:  That's fine with the government. | 11:14 |
| 25 | THE COURT:  All right.  And by agreement of | 11:14 |

| | | |
|---|---|---|
| 1 | counsel, the release on bond is modified to require | 11:14 |
| 2 | that Mr. Hoskins remain in the United States until he | 11:14 |
| 3 | is sentenced and that the passport be relinquished to | 11:14 |
| 4 | counsel at the appropriate time and place for him to | 11:14 |
| 5 | be able to travel to be with his son. | 11:14 |
| 6 |       Anything further? | 11:14 |
| 7 |       MR. NOVICK:  Nothing from the government, | 11:14 |
| 8 | Your Honor. | 11:14 |
| 9 |       MR. MORVILLO:  Just in terms of written | 11:14 |
| 10 | posttrial motions, Your Honor, did you want to set a | 11:14 |
| 11 | schedule for that? | 11:14 |
| 12 |       THE COURT:  I want you to file them as soon | 11:14 |
| 13 | as possible and no later than the time period set out | 11:14 |
| 14 | in the rules.  Is there any reason why that can't be | 11:14 |
| 15 | done? | 11:14 |
| 16 |       MR. MORVILLO:  I -- two weeks.  Would it be | 11:14 |
| 17 | possible to have three weeks, Your Honor? | 11:14 |
| 18 |       THE COURT:  All right.  So we'll have the | 11:14 |
| 19 | posttrial motions in three weeks. | 11:15 |
| 20 |       Do you think the government's period for | 11:15 |
| 21 | responding could be reduced to two weeks? | 11:15 |
| 22 |       MR. NOVICK:  Can we figure out what three | 11:15 |
| 23 | weeks is so we know?  I'm just worried it's going to | 11:15 |
| 24 | come right around the holidays, Your Honor. | 11:15 |
| 25 |       THE COURT:  So two weeks takes us to | 11:15 |

| | | |
|---|---|---|
| 1 | November -- you want three weeks, November 29.  Three | 11:15 |
| 2 | weeks further than that takes us to December 20. | 11:15 |
| 3 | MR. NOVICK:  If we can get three weeks, Your | 11:15 |
| 4 | Honor, given the holiday there, I think that would be | 11:15 |
| 5 | preferable.  In light of all that, we will try to | 11:15 |
| 6 | file as quickly as possible.  It just depends, again, | 11:16 |
| 7 | on the number of issues raised by counsel and the | 11:16 |
| 8 | extent of the response that is required. | 11:16 |
| 9 | THE COURT:  If there is any reply, that will | 11:16 |
| 10 | need to be filed no later than December 30. | 11:16 |
| 11 | Anything further? | 11:16 |
| 12 | MR. NOVICK:  No, Your Honor. | 11:16 |
| 13 | MR. MORVILLO:  No, Your Honor. | 11:16 |
| 14 | THE COURT:  All right.  Thank you very much. | 11:16 |
| 15 | We are now in recess. | 11:17 |
| 16 | (Proceedings concluded, 11:17 a.m.) | 11:17 |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

```
 1                  C E R T I F I C A T E

 2


 3    RE: UNITED STATES OF AMERICA v. LAWRENCE HOSKINS
                  No. 3:12-CR-238 (JBA)
 4

 5              I, Melissa J. Cianciullo, RMR, CRR, CRC,

 6   Official Court Reporter for the United States

 7   District Court for the District of Connecticut, do

 8   hereby certify that the foregoing pages 1510 through

 9   1524 are a true and accurate transcription of my

10   shorthand notes taken in the aforementioned matter to

11   the best of my skill and ability.

12

13

14

15

16           /s/_Melissa J. Cianciullo_____

17          MELISSA J. CIANCIULLO, RMR, CRR
                Official Court Reporter
18           United States District Court
             141 Church Street, Room 147
19          New Haven, Connecticut  06510
                  (203) 606-1794
20

21

22

23

24

25
```

**/**

**/s/_Melissa** [1] - 1525:16

**0**

**06510** [2] - 1511:4, 1525:19
**06890** [1] - 1511:19

**1**

**1** [2] - 1516:16, 1517:9
**10** [1] - 1518:3
**10019-6131** [1] - 1511:14
**10:58** [1] - 1513:25
**11** [2] - 1518:5, 1521:5
**11308** [1] - 1511:9
**11:00** [1] - 1514:8
**11:10** [1] - 1520:23
**11:17** [1] - 1524:16
**12** [1] - 1518:7
**13** [2] - 1518:9, 1521:10
**14** [2] - 1516:12, 1518:11
**1400** [1] - 1511:8
**141** [2] - 1510:7, 1525:18
**147** [1] - 1525:18
**1510** [1] - 1525:8
**1524** [1] - 1525:9
**157** [1] - 1511:4
**16** [1] - 1515:3
**17** [1] - 1521:12
**1788** [1] - 1519:14

**2**

**2** [1] - 1517:11
**20** [2] - 1521:8, 1524:2
**20005** [1] - 1511:9
**2005** [2] - 1515:3, 1516:13
**2006** [5] - 1515:8, 1515:13, 1515:18, 1516:16, 1516:21
**2007** [2] - 1515:23, 1517:1
**2009** [1] - 1516:3
**2019** [1] - 1510:5
**2020** [3] - 1521:5, 1521:11, 1521:14
**203** [5] - 1510:25, 1511:5, 1511:18, 1511:19, 1525:19
**212** [1] - 1511:15
**23rd** [1] - 1511:4

**24** [1] - 1521:13
**2425** [1] - 1511:18
**28** [2] - 1515:13, 1521:14
**29** [1] - 1524:1
**292-9766** [1] - 1511:19

**3**

**3** [1] - 1517:13
**30** [1] - 1524:10
**31** [1] - 1521:4
**3:12-CR-238** [2] - 1510:4, 1525:3
**3rd** [1] - 1521:9

**4**

**4** [2] - 1515:8, 1517:15

**5**

**5** [3] - 1516:3, 1517:16

**6**

**6** [4] - 1515:18, 1517:16, 1517:18, 1517:21
**606-1794** [2] - 1510:25, 1525:19

**7**

**7** [2] - 1515:23, 1517:19

**8**

**8** [3] - 1510:5, 1516:20, 1517:24
**821-3700** [1] - 1511:5
**878-8000** [1] - 1511:15

**9**

**9** [3] - 1516:25, 1517:23, 1518:1
**9:34** [2] - 1510:6, 1512:1
**9:39** [2] - 1513:24, 1513:25

**A**

**a.m** [9] - 1510:6, 1512:1, 1513:24, 1513:25, 1514:8, 1520:23, 1521:5, 1524:16
**ability** [1] - 1525:11

**able** [3] - 1513:11, 1520:18, 1523:5
**absolutely** [1] - 1519:15
**academic** [1] - 1519:10
**accepted** [1] - 1518:17
**accompany** [3] - 1522:7, 1522:8, 1522:19
**accurate** [3] - 1513:13, 1513:17, 1525:9
**acknowledged** [1] - 1518:15
**Act** [14] - 1514:22, 1514:24, 1515:2, 1515:5, 1515:7, 1515:10, 1515:12, 1515:15, 1515:17, 1515:20, 1515:22, 1515:25, 1516:2, 1516:5
**administering** [1] - 1519:5
**advise** [1] - 1513:12
**advised** [1] - 1512:10
**advises** [1] - 1514:3
**affect** [1] - 1518:20
**aforementioned** [1] - 1525:10
**afternoon** [1] - 1512:4
**agree** [2] - 1512:11, 1512:20
**agreement** [1] - 1522:25
**alternate** [2] - 1513:9, 1517:22
**alternates** [5] - 1512:23, 1514:5, 1514:6, 1520:15, 1520:20
**alternative** [1] - 1512:7
**AMERICA** [2] - 1510:4, 1525:3
**American** [1] - 1519:21
**anchor** [1] - 1519:16
**AND** [1] - 1510:18
**announced** [1] - 1520:1
**answer** [6] - 1512:11, 1512:18, 1513:8, 1518:23, 1520:17, 1520:18
**appear** [1] - 1521:4
**applied** [1] - 1512:7
**appropriate** [1] - 1523:4

**ARTERTON** [1] - 1510:18
**assignment** [1] - 1519:2
**attention** [1] - 1519:13
**Attorney's** [1] - 1511:3
**August** [1] - 1516:20
**AUSA** [1] - 1511:3
**Avenue** [1] - 1511:8
**aware** [1] - 1521:19

**B**

**Barry** [1] - 1513:19
**begins** [1] - 1513:24
**bench** [1] - 1514:7
**BENJAMIN** [1] - 1511:13
**benjamin.peacock@ cliffordchance.com** [1] - 1511:16
**best** [2] - 1518:24, 1525:11
**BOND** [1] - 1510:18
**bond** [2] - 1522:11, 1523:1
**box** [1] - 1514:6
**BRIAN** [1] - 1511:17
**bring** [1] - 1514:5
**bspears@ spearsmanning. com** [1] - 1511:20

**C**

**central** [1] - 1519:8
**certify** [1] - 1525:8
**Chance** [1] - 1511:14
**changed** [1] - 1521:22
**charge** [12] - 1514:23, 1515:3, 1515:8, 1515:13, 1515:18, 1515:23, 1516:3, 1516:8, 1516:13, 1516:17, 1516:21, 1517:1
**checked** [1] - 1513:14
**CHRISTOPHER** [1] - 1511:12
**christopher.morvillo @cliffordchance. com** [1] - 1511:15
**Church** [3] - 1510:7, 1511:4, 1525:18
**CIANCIULLO** [1] - 1525:17
**Cianciullo** [3] - 1510:24, 1525:5, 1525:16
**citizens** [1] - 1519:4

**clear** [1] - 1522:18
**clerk** [3] - 1513:7, 1514:13, 1518:14
**CLERK** [1] - 1513:14
**Clifford** [1] - 1511:14
**closest** [1] - 1514:7
**colleagues** [1] - 1522:8
**commentators** [1] - 1519:10
**comments** [1] - 1521:8
**commit** [2] - 1516:7, 1516:9
**communicated** [1] - 1521:8
**community** [1] - 1519:8
**concerned** [1] - 1518:21
**concerning** [1] - 1520:2
**concluded** [1] - 1524:16
**conditions** [2] - 1522:12, 1522:15
**CONNECTICUT** [1] - 1510:1
**Connecticut** [3] - 1510:8, 1525:7, 1525:19
**consider** [1] - 1519:15
**conspiracy** [4] - 1514:21, 1514:23, 1516:7, 1516:9
**Constitution** [1] - 1519:18
**consultation** [1] - 1522:6
**continue** [1] - 1512:25
**contribution** [1] - 1519:20
**copies** [2] - 1512:22, 1513:8
**cornerstones** [1] - 1520:12
**correct** [1] - 1512:12
**correctly** [1] - 1522:17
**Corrupt** [14] - 1514:22, 1514:24, 1515:2, 1515:4, 1515:7, 1515:9, 1515:12, 1515:14, 1515:17, 1515:19, 1515:22, 1515:24, 1516:2, 1516:4
**counsel** [8] - 1512:2, 1512:9, 1520:24, 1521:7, 1522:6, 1523:1, 1523:4,

1524:7
**Count** [16] - 1514:21,
1514:23, 1515:2,
1515:4, 1515:12,
1515:14, 1515:19,
1515:22, 1515:24,
1516:7, 1516:8,
1516:13, 1516:17,
1516:20, 1516:21,
1517:1
**count** [8] - 1515:7,
1515:9, 1515:17,
1516:2, 1516:4,
1516:12, 1516:16,
1516:25
**counts** [2] - 1514:4,
1514:15
**course** [2] - 1518:21,
1521:3
**court** [2] - 1520:2,
1521:16
**COURT** [31] - 1510:1,
1512:2, 1512:14,
1512:16, 1512:22,
1513:6, 1513:18,
1513:22, 1514:1,
1514:9, 1517:4,
1517:11, 1517:13,
1517:15, 1517:18,
1517:21, 1518:1,
1518:3, 1518:5,
1518:7, 1518:9,
1518:11, 1518:13,
1520:24, 1522:13,
1522:25, 1523:12,
1523:18, 1523:25,
1524:9, 1524:14
**Court** [5] - 1510:24,
1525:6, 1525:7,
1525:17, 1525:18
**Court's** [1] - 1520:21
**court's** [1] - 1512:5
**courtroom** [1] -
1521:5
**CRC** [2] - 1510:24,
1525:5
**Criminal** [1] - 1511:8
**criticized** [1] - 1519:9
**CRR** [3] - 1510:24,
1525:5, 1525:17
**CT** [2] - 1511:4,
1511:19
**custody** [2] - 1522:18,
1522:21

## D

**D.C** [1] - 1511:9
**Dallas** [2] - 1522:2,
1522:9

**DANIEL** [2] - 1511:6,
1511:13
**daniel.kahn@usdoj.**
**gov** [1] - 1511:10
**daniel.silver@**
**cliffordchance.com**
[1] - 1511:16
**DAVID** [1] - 1511:3
**david.novick@usdoj**
**.gov** [1] - 1511:5
**December** [5] -
1515:18, 1516:12,
1521:7, 1524:2,
1524:10
**decision** [1] - 1514:4
**decisions** [1] -
1518:19
**deeply** [1] - 1518:20
**defendant** [17] -
1514:25, 1515:6,
1515:11, 1515:16,
1515:21, 1516:1,
1516:5, 1516:10,
1516:15, 1516:19,
1516:23, 1517:3,
1521:4, 1521:7,
1521:18, 1521:20,
1521:23
**Defendant** [2] -
1510:9, 1511:11
**defendant's** [2] -
1521:11, 1521:24
**defense** [3] - 1513:4,
1513:21, 1522:16
**deliberate** [1] - 1513:1
**deliberating** [1] -
1513:24
**deliberations** [2] -
1519:23, 1520:3
**Department** [1] -
1511:7
**determining** [1] -
1512:7
**difficult** [1] - 1519:2
**directed** [1] - 1513:7
**discharged** [2] -
1519:22, 1520:21
**disclosed** [1] - 1521:6
**discuss** [2] - 1519:23,
1520:8
**discussed** [1] -
1512:9
**disputes** [1] - 1519:6
**District** [3] - 1525:7,
1525:18
**DISTRICT** [2] - 1510:1,
1510:1
**Division** [1] - 1511:8
**done** [4] - 1518:18,
1518:22, 1518:25,

1523:15
**Donna** [1] - 1514:13
**drawn** [1] - 1519:7
**duty** [1] - 1518:19

## E

**e-mail** [1] - 1512:10
**E-mail** [3] - 1511:5,
1511:15, 1511:20
**easy** [1] - 1518:21
**Eight** [2] - 1516:7,
1516:8
**either** [1] - 1522:23
**electronic** [1] -
1513:17
**Eleven** [2] - 1516:20,
1516:22
**Email** [1] - 1511:10
**end** [2] - 1514:6,
1522:23
**entered** [2] - 1514:8,
1518:17
**envy** [1] - 1520:11
**ESQ** [6] - 1511:6,
1511:7, 1511:12,
1511:13, 1511:13,
1511:17
**Exhibit** [1] - 1512:5
**exited** [1] - 1520:23
**experience** [1] -
1520:7
**extend** [1] - 1520:16
**extent** [3] - 1518:21,
1522:20, 1524:8

## F

**fact** [1] - 1517:7
**fellow** [2] - 1519:4,
1519:23
**figure** [1] - 1523:22
**file** [2] - 1523:12,
1524:6
**filed** [5] - 1521:2,
1521:10, 1521:12,
1521:14, 1524:10
**final** [1] - 1521:9
**fine** [2] - 1512:21,
1522:24
**Five** [2] - 1515:17,
1515:19
**Floor** [1] - 1511:4
**follow** [1] - 1521:13
**followed** [1] - 1518:24
**foregoing** [1] - 1525:8
**Foreign** [14] -
1514:22, 1514:24,
1515:2, 1515:4,
1515:7, 1515:9,

1515:12, 1515:14,
1515:17, 1515:19,
1515:22, 1515:24,
1516:2, 1516:4
**foreperson** [3] -
1514:11, 1514:16,
1517:7
**FOREPERSON** [1] -
1514:21
**form** [3] - 1514:13,
1514:16, 1518:14
**Four** [2] - 1515:12,
1515:14
**Fraud** [1] - 1511:8

## G

**gentlemen** [4] -
1514:1, 1514:10,
1518:18, 1519:19
**given** [2] - 1521:21,
1524:4
**government** [8] -
1513:2, 1519:7,
1519:17, 1521:7,
1521:25, 1522:11,
1522:24, 1523:7
**Government** [1] -
1511:2
**government's** [3] -
1521:12, 1521:19,
1523:20
**grateful** [2] - 1519:1,
1519:3
**great** [1] - 1513:16
**guilt** [1] - 1512:8
**guilty** [12] - 1515:1,
1515:6, 1515:11,
1515:16, 1515:21,
1516:1, 1516:6,
1516:11, 1516:15,
1516:19, 1516:24,
1517:3

## H

**hand** [1] - 1518:13
**handed** [1] - 1514:13
**Haven** [3] - 1510:8,
1511:4, 1525:19
**held** [1] - 1519:17
**hereby** [1] - 1525:8
**holds** [1] - 1519:14
**holiday** [1] - 1524:4
**holidays** [1] - 1523:24
**Honor** [18] - 1512:13,
1512:20, 1512:21,
1513:3, 1513:5,
1513:10, 1513:20,
1521:17, 1521:18,

1522:10, 1522:14,
1523:8, 1523:10,
1523:17, 1523:24,
1524:4, 1524:12,
1524:13
**HONORABLE** [1] -
1510:18
**Hoskins** [15] -
1514:20, 1514:25,
1515:6, 1515:11,
1515:16, 1515:21,
1516:1, 1516:6,
1516:10, 1516:15,
1516:19, 1516:23,
1517:3, 1522:8,
1523:2
**HOSKINS** [2] - 1510:8,
1525:3
**Hoskins'** [1] - 1522:18
**human** [1] - 1519:11

## I

**imagined** [1] -
1519:16
**imperfect** [1] -
1519:12
**important** [2] -
1519:2, 1519:6
**includes** [1] - 1520:19
**indeed** [1] - 1514:14
**indicates** [1] -
1514:11
**individual** [1] - 1520:4
**inform** [1] - 1513:16
**initial** [1] - 1521:5
**instructions** [1] -
1518:24
**interests** [1] - 1518:20
**issue** [2] - 1521:17,
1522:4
**issues** [1] - 1524:7
**IX** [1] - 1510:13

## J

**JANET** [1] - 1510:18
**January** [7] - 1515:8,
1521:4, 1521:9,
1521:10, 1521:12,
1521:13, 1521:14
**JBA** [2] - 1510:4,
1525:3
**Jefferson** [1] -
1519:14
**JERS** [1] - 1513:12
**judge** [1] - 1520:5
**Juror** [15] - 1517:9,
1517:11, 1517:13,
1517:15, 1517:16,

1517:19, 1517:21, 1517:23, 1518:1, 1518:3, 1518:5, 1518:7, 1518:9, 1518:11
**JUROR** [12] - 1517:10, 1517:12, 1517:14, 1517:17, 1517:20, 1517:25, 1518:2, 1518:4, 1518:6, 1518:8, 1518:10, 1518:12
**juror** [2] - 1517:18, 1520:4
**jurors** [8] - 1512:4, 1512:25, 1513:8, 1513:9, 1517:5, 1518:16, 1519:7, 1519:24
**JURY** [3] - 1510:12, 1510:18, 1514:21
**Jury** [3] - 1513:24, 1514:8, 1520:23
**jury** [21] - 1514:3, 1514:5, 1514:6, 1514:12, 1514:24, 1515:5, 1515:10, 1515:15, 1515:20, 1515:25, 1516:5, 1516:9, 1516:14, 1516:18, 1516:22, 1517:2, 1519:8, 1519:15, 1520:3, 1520:11, 1520:19
**justice** [2] - 1519:5, 1519:21
**Justice** [1] - 1511:7

## K

**KAHN** [1] - 1511:6
**keeps** [1] - 1520:14
**kindly** [3] - 1514:18, 1514:20, 1518:13

## L

**ladies** [4] - 1514:1, 1514:10, 1518:18, 1519:19
**LARYEA** [1] - 1511:7
**last** [1] - 1520:9
**late** [1] - 1512:4
**laundering** [10] - 1516:8, 1516:9, 1516:12, 1516:14, 1516:16, 1516:18, 1516:20, 1516:22, 1516:25, 1517:2
**law** [1] - 1519:4

**LAWRENCE** [2] - 1510:8, 1525:3
**Lawrence** [12] - 1514:25, 1515:6, 1515:11, 1515:16, 1515:21, 1516:1, 1516:6, 1516:10, 1516:15, 1516:19, 1516:23, 1517:3
**liability** [1] - 1512:8
**liberty** [1] - 1520:13
**light** [1] - 1524:5
**lives** [3] - 1518:20, 1521:24, 1522:2
**LLC** [1] - 1511:18
**LLP** [1] - 1511:14
**LORINDA** [1] - 1511:7
**lorinda.laryea@ usdoj.gov** [1] - 1511:10

## M

**mail** [4] - 1511:5, 1511:15, 1511:20, 1512:10
**maintain** [1] - 1522:21
**man** [1] - 1519:16
**Manning** [1] - 1511:18
**March** [4] - 1515:13, 1515:23, 1516:16, 1516:25
**marked** [1] - 1512:5
**Martini** [1] - 1511:18
**matter** [1] - 1525:10
**meeting** [1] - 1520:18
**Melissa** [2] - 1510:24, 1525:5
**MELISSA** [1] - 1525:17
**memorandum** [1] - 1521:11
**method** [1] - 1512:7
**modified** [1] - 1523:1
**money** [10] - 1516:7, 1516:9, 1516:12, 1516:14, 1516:16, 1516:18, 1516:20, 1516:22, 1516:25, 1517:2
**morning** [2] - 1512:2, 1513:15
**Morvillo** [4] - 1512:14, 1522:6, 1522:7, 1522:13
**MORVILLO** [9] - 1511:12, 1512:15, 1512:20, 1513:4, 1513:21, 1522:14, 1523:9, 1523:16,

1524:13
**motions** [3] - 1521:2, 1523:10, 1523:19
**MR** [20] - 1512:13, 1512:15, 1512:20, 1512:21, 1513:2, 1513:4, 1513:10, 1513:16, 1513:20, 1513:21, 1521:17, 1522:14, 1522:24, 1523:7, 1523:9, 1523:16, 1523:22, 1524:3, 1524:12, 1524:13

## N

**N.W** [1] - 1511:8
**narrow** [1] - 1520:6
**necessarily** [1] - 1522:20
**need** [4] - 1512:24, 1521:1, 1521:15, 1524:10
**needs** [1] - 1522:22
**New** [5] - 1510:8, 1511:4, 1511:8, 1511:14, 1525:19
**next** [1] - 1517:23
**NH** [1] - 1511:3
**Nine** [2] - 1516:12, 1516:13
**note** [3] - 1512:5, 1514:3, 1514:11
**notes** [1] - 1525:10
**nothing** [2] - 1513:2, 1523:7
**November** [4] - 1510:5, 1515:3, 1524:1
**Novick** [1] - 1512:12
**NOVICK** [13] - 1511:3, 1512:13, 1512:21, 1513:2, 1513:10, 1513:16, 1513:20, 1521:17, 1522:24, 1523:7, 1523:22, 1524:3, 1524:12
**number** [2] - 1517:6, 1524:7
**Number** [16] - 1517:9, 1517:11, 1517:13, 1517:15, 1517:16, 1517:18, 1517:19, 1517:21, 1517:23, 1517:24, 1518:1, 1518:3, 1518:5, 1518:7, 1518:9, 1518:11
**NY** [2] - 1511:14,

1511:14

## O

**oath** [1] - 1519:25
**objection** [3] - 1512:17, 1513:18, 1522:1
**objections** [1] - 1521:8
**obligated** [1] - 1520:8
**October** [1] - 1516:3
**OF** [3] - 1510:1, 1510:4, 1525:3
**Office** [1] - 1511:3
**officer** [1] - 1521:9
**Official** [3] - 1510:24, 1525:6, 1525:17
**One** [2] - 1514:21, 1514:23
**one** [5] - 1513:10, 1520:2, 1520:12, 1522:7, 1522:19
**opportunity** [1] - 1512:9
**Order** [1] - 1512:1
**order** [1] - 1520:6
**ordinary** [1] - 1521:2
**otherwise** [1] - 1513:22
**own** [2] - 1520:7

## P

**pages** [1] - 1525:8
**part** [1] - 1519:25
**particularly** [2] - 1519:10, 1520:13
**parties** [1] - 1518:20
**passport** [7] - 1522:3, 1522:5, 1522:9, 1522:18, 1522:21, 1523:3
**PEACOCK** [1] - 1511:13
**people** [1] - 1520:13
**perfectly** [1] - 1522:17
**performing** [1] - 1519:1
**period** [2] - 1523:13, 1523:20
**permission** [1] - 1520:5
**permitted** [2] - 1522:7, 1522:8
**personal** [1] - 1520:17
**Pinkerton** [1] - 1512:8
**place** [1] - 1523:4
**places** [1] - 1519:4
**plaintiff** [1] - 1510:5

**play** [1] - 1519:8
**poses** [1] - 1522:4
**position** [1] - 1521:20
**possible** [3] - 1523:13, 1523:17, 1524:6
**Post** [1] - 1511:18
**posttrial** [3] - 1521:2, 1523:10, 1523:19
**posture** [1] - 1521:22
**Practices** [14] - 1514:22, 1514:24, 1515:2, 1515:5, 1515:7, 1515:10, 1515:12, 1515:15, 1515:17, 1515:20, 1515:22, 1515:25, 1516:2, 1516:4
**preferable** [1] - 1524:5
**presentence** [2] - 1521:6, 1521:10
**presiding** [1] - 1520:5
**principles** [1] - 1519:17
**probation** [1] - 1521:9
**procedural** [1] - 1521:22
**proceedings** [2] - 1514:8, 1520:23
**Proceedings** [1] - 1524:16
**provide** [1] - 1522:22

## Q

**questions** [1] - 1520:17
**quickly** [1] - 1524:6

## R

**raised** [1] - 1524:7
**RE** [1] - 1525:3
**reached** [2] - 1514:4, 1514:12
**read** [4] - 1514:17, 1514:19, 1517:7, 1519:25
**reason** [2] - 1519:3, 1523:14
**recess** [5] - 1512:25, 1513:9, 1513:23, 1521:16, 1524:15
**Recess** [1] - 1513:25
**reduced** [1] - 1523:21
**release** [2] - 1521:18, 1523:1
**relinquished** [1] - 1523:3
**remain** [2] - 1521:23,

1523:2
**remains** [1] - 1520:6
**remanded** [1] -
1521:21
**remember** [1] -
1519:22
**replies** [1] - 1521:13
**reply** [1] - 1524:9
**report** [2] - 1521:6,
1521:10
**Reporter** [3] -
1510:24, 1525:6,
1525:17
**require** [1] - 1523:1
**required** [2] - 1521:23,
1524:8
**requirement** [1] -
1512:6
**research** [1] - 1512:10
**residing** [2] - 1521:19,
1522:1
**resolving** [1] - 1519:6
**respect** [1] - 1512:6
**responded** [1] -
1514:15
**responding** [1] -
1523:21
**response** [1] - 1524:8
**responsibility** [1] -
1519:5
**returned** [2] - 1514:16,
1518:15
**RMR** [3] - 1510:24,
1525:5, 1525:17
**Road** [1] - 1511:18
**role** [1] - 1519:8
**room** [1] - 1520:19
**Room** [2] - 1511:9,
1525:18
**rules** [1] - 1523:14

## S

**satisfactory** [1] -
1522:16
**satisfied** [1] - 1522:11
**schedule** [3] - 1521:1,
1521:3, 1523:11
**seated** [5] - 1512:3,
1514:2, 1514:6,
1514:9, 1520:25
**Section** [1] - 1511:8
**security** [1] - 1522:23
**self** [1] - 1519:7
**self-government** [1] -
1519:7
**sent** [1] - 1512:4
**sentenced** [1] -
1523:3
**sentencing** [3] -

1521:3, 1521:4,
1521:11
**set** [4] - 1521:1,
1521:3, 1523:10,
1523:13
**Seven** [2] - 1516:2,
1516:4
**shorthand** [1] -
1525:10
**SILVER** [1] - 1511:13
**Six** [2] - 1515:22,
1515:24
**skill** [1] - 1525:11
**solemnly** [1] - 1520:1
**son** [3] - 1521:24,
1522:1, 1523:5
**soon** [1] - 1523:12
**sorry** [2] - 1517:15,
1517:22
**Southport** [1] -
1511:19
**SPEARS** [1] - 1511:17
**Spears** [1] - 1511:18
**stage** [1] - 1521:21
**stand** [5] - 1513:9,
1513:22, 1514:18,
1514:20, 1517:5
**STATES** [3] - 1510:1,
1510:4, 1525:3
**States** [5] - 1521:23,
1521:25, 1523:2,
1525:6, 1525:18
**stood** [1] - 1520:16
**Street** [3] - 1510:7,
1511:4, 1525:18
**suggest** [1] - 1522:3
**suggestion** [1] -
1522:5
**Suite** [1] - 1511:18
**swear** [1] - 1520:1
**system** [11] - 1513:12,
1519:4, 1519:6,
1519:9, 1519:11,
1519:12, 1519:20,
1519:21, 1520:11,
1520:14

## T

**team** [1] - 1522:19
**Ten** [2] - 1516:16,
1516:17
**terms** [1] - 1523:9
**thanked** [1] - 1519:20
**THE** [32] - 1510:18,
1512:2, 1512:14,
1512:16, 1512:22,
1513:6, 1513:14,
1513:18, 1513:22,
1514:1, 1514:9,

1517:4, 1517:11,
1517:13, 1517:15,
1517:18, 1517:21,
1518:1, 1518:3,
1518:5, 1518:7,
1518:9, 1518:11,
1518:13, 1520:24,
1522:13, 1522:25,
1523:12, 1523:18,
1523:25, 1524:9,
1524:14
**Thomas** [1] - 1519:13
**three** [6] - 1523:17,
1523:19, 1523:22,
1524:1, 1524:3
**Three** [2] - 1515:7,
1515:9
**throughout** [1] -
1520:16
**today** [1] - 1519:15
**transcription** [1] -
1525:9
**transfer** [10] - 1515:3,
1515:8, 1515:13,
1515:18, 1515:23,
1516:3, 1516:13,
1516:17, 1516:21,
1517:1
**travel** [3] - 1522:5,
1522:20, 1523:5
**TRIAL** [1] - 1510:12
**trial** [1] - 1519:15
**tried** [1] - 1518:23
**trip** [1] - 1522:23
**true** [2] - 1519:14,
1525:9
**try** [1] - 1524:5
**Twelve** [2] - 1516:25,
1517:2
**twelve** [1] - 1514:4
**two** [4] - 1520:10,
1523:16, 1523:21,
1523:25
**Two** [2] - 1515:2,
1515:4

## U

**U.S** [2] - 1511:3,
1511:7
**U.S.D.J** [1] - 1510:18
**UK** [1] - 1521:19
**unanimous** [1] -
1518:16
**unanimously** [12] -
1514:25, 1515:5,
1515:10, 1515:15,
1515:20, 1515:25,
1516:5, 1516:10,
1516:14, 1516:18,

1516:22, 1517:2
**UNITED** [3] - 1510:1,
1510:4, 1525:3
**United** [5] - 1521:23,
1521:25, 1523:2,
1525:6, 1525:18
**unless** [1] - 1520:4
**unsystematic** [1] -
1519:11
**up** [2] - 1512:25,
1521:16
**update** [1] - 1513:11
**updated** [2] - 1513:12,
1513:14
**US** [1] - 1511:14

## V

**venue** [1] - 1512:6
**verdict** [10] - 1514:12,
1514:13, 1514:16,
1514:19, 1517:6,
1517:8, 1518:14,
1518:16, 1520:1
**version** [1] - 1521:9
**views** [1] - 1520:7
**violate** [2] - 1514:22,
1514:23
**violation** [6] - 1515:4,
1515:9, 1515:14,
1515:19, 1515:24,
1516:4
**VOLUME** [1] - 1510:13
**vote** [1] - 1520:3

## W

**Washington** [1] -
1511:9
**weeks** [10] - 1520:10,
1523:16, 1523:17,
1523:19, 1523:21,
1523:23, 1523:25,
1524:1, 1524:2,
1524:3
**wire** [10] - 1515:3,
1515:8, 1515:13,
1515:18, 1515:23,
1516:3, 1516:13,
1516:17, 1516:21,
1517:1
**wondered** [1] - 1520:9
**world** [1] - 1520:12
**worried** [1] - 1523:23
**write** [1] - 1512:17
**written** [2] - 1513:8,
1523:9

## Y

**years** [1] - 1519:9
**yesterday** [1] - 1512:4
**York** [2] - 1511:8,
1511:14
**yourself** [1] - 1520:4